IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHARLES ASHWORTH,<br>   *Individually and as Administrator of the*<br>   *Estate of Nicole Ashworth,*<br><br>             Plaintiff,<br><br>   v.<br><br>EUROFINS DONOR & PRODUCT<br>TESTING, INC., *et al.*,<br><br>             Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:   CIVIL ACTION NO. 23-1958<br>:<br>:<br>:<br>:<br>:<br>: |

**O R D E R**

AND NOW, this 29th day of August, 2024, upon review of Plaintiff's Motion to Remand, the associated pleadings, the opposition thereto, and after oral argument, it is hereby **ORDERED** that Plaintiff's Motion to Remand is **GRANTED IN PART** and **DENIED IN PART**. This matter shall be remanded to the Court of Common Pleas for Philadelphia County. Plaintiff's Motion to Remand is denied to the extent that it seeks the payment of costs and fees under 28 U.S.C. § 1447(c).

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
JEFFREY L. SCHMEHL, J.